**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In Re:                                                     Case No. 6:16-bk-00415-KSJ

    David Lawrence

                                                        Chapter 13

    Debtor

_____/

**DEBTOR'S MOTION FOR APPROVAL OF PERMANENT MORTGAGE**
**MODIFICATION AGREEMENT WITH BSI FINANCIAL SERVICES**

---

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

PURSUANT TO LOCAL RULE 2.19A, THE COURT WILL CONSIDER THE RELIEF REQUESTED IN THIS PAPER WITHOUT FURTHER NOTICE OR HEARING UNLESS A PARTY IN INTEREST FILES A RESPONSE WITHIN 21 DAYS FROM THE DATE SET FORTH ON THE ATTACHED PROOF OF SERCIE, PLUS AN ADDITIONAL THREE DAYS FOR SERVICE IF ANY PARTY WAS SERVED BY U.S. MAIL. IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PAPER, YOU MUST FILE A RESPONSE WITH THE CLERK OF THE COURT AT THE UNITED STATES BANKRUPTCY COURT, GEORGE C. YOUNG FEDERAL COURTHOUSE, 400 W. WASHINGTON ST., STE. 5100, ORLANDO, FL 32801, AND SERVE A COPY ON THE MOVANT'S ATTORNEY, JOEL L. GROSS, ESQ., 655 WEST HIGHWAY 50, SUITE 101, CLERMONT, FL 34711, AND ANY OTHER APPROPRIATE PERSONS WITHIN THE TIME ALLOWED.

IF YOU FILE AND SERVE A RESPONSE WITHIN THE TIME PERMITTED, THE COURT WILL EITHER SCHEDULE AND NOTIFY YOU OF A HEARING, OR CONSIDER THE RESPONSE AND GRANT OR DENY THE RELIEF REQUETED WITHOUT A HEARING. IF YOU DO NOT FILE A RESPONSE WITHIN THE TIME PERMITTED, THE COURT WILL CONSIDER THAT YOU DO NOT OPPOSE THE GRANTING OF THE RELIEF REQUESTED IN THE PAPER, WILL PROCEED TO CONSIDER THE PAPER WITHOUT FURTHER NOTICE OR HEARING, AND MAY GRANT THE RELIEF REQUESTED.

---

       COMES NOW the Debtor, David Lawrence, by and through the undersigned attorney, and files this Motion to accept the proposed permanent mortgage modification of BSI Financial Services, Mortgage Loan Number (7792), and treat Claim No. 2, according to the terms of the modification and shows:

1. BSI Financial Services holds the mortgage on the Debtor's primary residence located at 9901 Avalon Woods Dr., Winter Garden, FL 34787.

    LEGAL DESCRIPTION

The South 335.00 feet of the North 670.00 feet of:

A tract of land lying in Section 13, Township 23 South, Range 26 East, described as follows: Commence at the Northeast corner of the Northeast one quarter of Section 13, Township 23 South, Range 26 East, Lake County, Florida, run thence South 89°33'20" West along the North line of the said Northeast one-quarter, a distance of 1984.35 feet; run thence South 00°11'34" West, a distance of 1984.35 feet; run thence South 00°11'34" West, a distance of 33.00 feet to a point on the South Right-of-Way line of Phil C. Peters Road, as per O.R.B. 248, Pages 109 and 115 of the Public Records of Lake County, Florida, and the Point of Beginning. Continue thence South 00°11'34" West, a distance of 1340.00 feet; run thence North 89°33'31" East, a distance of 666.01 feet; run thence North 00°00'06" West a distance of 1339.99 feet to a point on the said South Right-of-Way line; run thence South 89°33'20" West, along said South Right-of-Way line, a distance of 661.45 feet to the Point of Beginning. Being and lying in Lake County, Florida, subject to a 33 foot ingress/egress easement over the East 33 feet thereof.

2. The modification proposes:

   a. To cure the arrearage on the loan ($170,890.56 per the Proof of Claim).

   b. The monthly payments of $1,857.04 (see Exhibit "A" attached).

   c. Escrow the taxes and insurance.

   d. The first payment will be due by November 1, 2017.

3. The Debtor feels this modification is in his best interest.

WHEREFORE, the Debtor respectfully requests that he be allowed to accept this mortgage modification and treat Claim No. 2 filed by BSI Financial Services according to the terms of the modification.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Motion to Approve Permanent Mortgage Modification with Wells Fargo has been furnished by electronic transmission or US Mail, first class, postage prepaid, to: Laurie K. Weatherford, Chapter 13 Trustee, P.O. Box 3450, Winter Park, FL 32790; BSI Financial Services, Attn: Officer, Manager or Registered Agent, 1425 Greenway Drive, Suite 400, Irving, TX 75038; Berger Firm PA, Attorneys for Creditor, 3050 Biscayne Blvd, Suite 402, Miami, FL 33137; and David Lawrence, 9901 Avalon Woods Dr., Winter Garden, FL 34787; on this the 19th day of June, 2018.

/s/ Joel L. Gross_____
The Law Office of Joel L. Gross, P.A.
Joel L. Gross, Esq.
Fl. Bar No.: 419796
655 West Highway 50, Suite 101
Clermont, Florida 34711
(352) 536-6288 Phone
(352) 536-2452 Fax
jlgpa@cfl.rr.com