ORDERED.

Dated: July 25, 2018

_____
Karen S. Jennemann
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| In re: | ) | Case No. 6:16-bk-00415-KSJ |
|---|---|---|
| David Lawrence | ) | Chapter 13 |
| | ) | |
| Debtor | ) | |
| | ) | |

**ORDER APPROVING PERMANENT LOAN
MODIFICATION OF DEBTOR'S REAL ESTATE MORTGAGE**
(9901 Avalon Woods Dr., Winter Garden, Florida 34787)

THIS CASE came on for consideration without hearing on the Debtor's Motion for Approval of Permanent Mortgage Modification Agreement with BSI Financial Services (Doc. No. 99) (the "Motion"), under the negative notice provisions of Local Rule 2002-4. In the absence of any objection, the Motion is deemed uncontested. Accordingly, it is

**ORDERED:**

1. The Motion is GRANTED.

2. The Debtor is authorized to enter into the permanent mortgage modification agreement with BSI Financial Services (the "Lender") on the real property located in Lake County, Florida, commonly known as 9901 Avalon Woods Dr., Winter Garden, Florida 34787 and legally described as

---
*As references to "Debtor" shall include and refer to both of the Debtors in a case filed jointly to two individuals.

follows:

The South 335.00 feet of the North 670.00 feet of:

A tract of land lying in Section 13, Township 23 South, Range 26 East, described as follows: Commence at the Northeast corner of the Northeast one quarter of Section 13, Township 23 South, Range 26 East, Lake County, Florida, run thence South 89°33'20" West along the North line of the said Northeast one-quarter, a distance of 1984.35 feet; run thence South 00°11'34" West, a distance of 1984.35 feet; run thence South 00°11'34" West, a distance of 33.00 feet to a point on the South Right-of-Way line of Phil C. Peters Road, as per O.R.B. 248, Pages 109 and 115 of the Public Records of Lake County, Florida, and the Point of Beginning. Continue thence South 00°11'34" West, a distance of 1340.00 feet; run thence North 89°33'31" East, a distance of 666.01 feet; run thence North 00°00'08" West a distance of 1339.99 feet to a point on the said South Right-of-Way line; run thence South 89°33'20" West, along said South Right-of-Way line, a distance of 661.45 feet to the Point of Beginning. Being and lying in Lake County, Florida, subject to a 33 foot ingress/egress easement over the East 33 feet thereof.

3. Debtor is authorized to take any and all necessary actions to effectuate the terms of the agreement with the Lender. The Lender is ordered to comply with the terms of the agreement.

4. Debtor shall provide the Chapter 13 Trustee copies of the modification documents within ten days of finalization of the mortgage modification.

5. The modification agreement shall not modify the Lender's obligations under Fed. R. Bankr. P. 3002.1.

6. During the pendency of this case, payments to the Lender will be made by the Chapter 13 Trustee.

7. Any timely payments made by Debtor to the Chapter 13 Trustee shall constitute a timely payment made to the Lender.

Attorney Joel Gross is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.

*All references to "Debtor" shall include and refer to both of the Debtors in a case filed jointly by two individuals.